Hon. Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GORAKHPUR, LLC, a Washington limited liability company,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN FAMILY INSURANCE COMPANY. a foreign corporation,<br><br>　　　　　Defendant. | NO.  2:25-cv-01973-BJR<br><br>STIPULATED MOTION AND ORDER TO ALLOW PLAINTIFF TO FILE FIRST AMENDED COMPLAINT |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff Gorakhpur, LLC and Defendant American Family Insurance Company, that Plaintiff may file its First Amended Complaint.  A redlined version of the First Amended Complaint, which reflects the amendments to the original complaint, is attached as Exhibit A.  The amendment adds a claim under the Insurance Fair Conduct Act.

All defenses are retained and not waived by stipulating to the filing of Plaintiff's First Amended Complaint.

STIPULATED MOTION AND ORDER TO ALLOW PLAINTIFF TO FILE FIRST AMENDED COMPLAINT - 1
2:25-CV-01973-BJR

GORDON TILDEN THOMAS CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

As set forth in the Court's Order Setting Trial Date and Related Dates (Dkt. 18), the deadline to file amended pleadings is January 20, 2026.  Therefore, Plaintiff's proposed First Amended Complaint is timely.

DATED this 16th day of December 2025.

| | |
|---|---|
| **GORDON TILDEN THOMAS & CORDELL LLP** <br> Attorneys for Plaintiff | **BALLARD SPAHR LLP** <br> Attorneys for Defendant |
| By: *s/ Kasey D. Huebner* <br> Kasey D. Huebner, WSBA #32890 <br> Liam F. McKeegan, WSBA #61206 <br> 600 University Street, Suite 2915 <br> Seattle, Washington 98101 <br> Telephone: 206.467.6477 <br> khuebner@gordontilden.com <br> lmckeegan@gordontilden.com | By: *s/ Andrew G. Yates (per email authorization)* <br> Stephania C. Denton, WSBA #21920 <br> Andrew G. Yates, WSBA #34239 <br> 1301 Second Avenue, Suite 2800 <br> Seattle, Washington 98101-3808 <br> Telephone: 206.223.7000 <br> dentons@ballardspahr.com <br> yatesa@ballardspahr.com |

## ORDER

Based on the foregoing Stipulation,

IT IS HEREBY ORDERED that Plaintiff is permitted to file its First Amended Complaint.

DATED: December 17, 2025.

*[signature: Barbara J. Rothstein]*

Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION AND ORDER TO ALLOW PLAINTIFF TO FILE FIRST AMENDED COMPLAINT - 2
2:25-CV-01973-BJR

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477